THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-cr-00091-MR-WCM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| OSCAR ORLANDO NAVARRO-MELENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821. [Doc. 59].

The Defendant moves pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 for a reduction of his sentence. [Doc. 59]. The Defendant's motion, however, is unsigned. The Court cannot rule on any request that is not signed by either the Defendant or his attorney, if he is represented. Accordingly, the Defendant's motion is denied without prejudice. Should the Defendant renew his request, he should make his request in the form of a motion, that is signed by him (or his attorney, if applicable).

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 [Doc. 59], is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 11, 2024

Martin Reidinger
Chief United States District Judge